IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| RANDY SALLEE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV08-038-S-EJL |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| DR. STANDER, M.D.; TOM HEIGNST; JOSH TUCKETT; APRIL DAWSON; RONA SIEGERT; RANDY BLADES; WARDEN HARDISON; OFFICER HAGERTY; and OFFICER TRAUTMAN; | ) | |
| | ) | |
| Defendants. | ) | |

Based on the Court's Memorandum Decision and Order filed herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this cause of action is DISMISSED without prejudice.

DATED: **August 31, 2009**

Honorable Edward J. Lodge
U. S. District Judge

**JUDGMENT - 1**